PER CURIAM.
Affirmed. See: Braddock v. Seaboard Airline R. Co., Fla.1955, 80 So.2d 662; Little River Bank & Trust Co. v. Magoffin, Fla.1958, 100 So.2d 626; Tyus v. Apalachicola Northern Railroad Company, Fla.1961, 130 So.2d 580; Urga v. State, Fla.App.1963, 155 So.2d 719; Atlas Properties, Inc. v. Didich, Fla.App.1968, 213 So.2d 278; Nimnicht v. Ostertag, Fla.App.1969, 225 So.2d 459; Laskey v. Smith, Fla.1970, 239 So.2d 13; Riley v. Jackson, Fla.App.1971, 246 So.2d 625; Threets v. Hardison, Fla.1971, 255 So.2d 267.